JOSEPH G. CAVALLO, ESQ., SBN 108210
LAW OFFICES OF JOSEPH G. CAVALLO
17897 MacArthur Boulevard, Suite 200
Irvine, California   92614-0532
Telephone: (949) 477-4004
Fax:           (949) 477-4994
E-mail:     jgclaw7@aol.com

Attorney for Defendant Claude Kramer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>CLAUDE KRAMER III,<br>　a/k/a Ron Peoples,<br><br>　　Defendant. | NO.  CR 15-00168 JST<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT TO ATTEND GOVERNMENT FINANCE OFFICERS ASSOCIATION OF THE UNITED STATES AND CANADA 110TH ANNUAL CONFERENCE** |

　　1.　　The defendant, Claude Kramer, a/k/a Ron Peoples, represented by Attorney Joseph G. Cavallo, and the government, represented by Kyle F. Waldinger and Hallie M. Hoffman, Assistant United States Attorneys, hereby jointly stipulate and agree that the defendant Claude Kramer be given permission and be allowed to attend the Government Finance Officers Association of the United States and Canada 110th Annual Conference held from May 22, 2016 thru May 25, 2016 in Toronto, Ontario, Canada;

　　2.　　The United States Probation Office, through his Probation Officer Kalisi Kupu be given permission and directed to release the passport of Defendant, Claude Kramer, a/k/a/ Ron Peoples to him for the specific purpose to attend this Conference in Toronto, Ontario, Canada on May 22, 2016 through May 25, 2016;

　　3.　　Upon return from the Government Finance Officers Association of the United States and

Canada's 110th Annual Conference, Defendant, Claude Kramer, a/k/a Ron Peoples is to surrender his passport to the United States Probation Office, through his Probation Officer Kalisi Kupu.

SO STIPULATED.

Dated: January _____, 2016                    BRIAN J. STRETCH
                                              Acting United States Attorney

                                              _____
                                              KYLE F. WALDINGER
                                              HALLIE M. HOFFMAN
                                              Assistant United States Attorney

Dated: January ____, 2016                     _____
                                              JOSEPH G. CAVALLO
                                              Attorney for defendant Kramer

## [PROPOSED] O R D E R

Based upon the representations of counsel and for good cause shown, the Court ORDERS that the Defendant, Claude Kramer, a/k/a/ Ron Peoples is given permission to attend the Government Finance Officers Association of the United States and Canada 110th Annual Conference taking place on May 22, 2016 through May 25, 2016 in Toronto, Ontario, Canada.

The Court also ORDERS that the United States Probation Office, through his Probation Officer Kalisi Kupu is ordered to release the passport of Defendant Claude Kramer, a/k/a/ Ron Peoples to him for the specific purpose of attending the Government Finance Officers Association of the United States and Canada 110th Annual Conference.  Upon return from this conference, the Defendant is to surrender his passport back to the United States Probation Office, through his Probation Officer Kalisi Kupu.

Dated this 4th day of February 2016.          _____
                                              HON. JON S. TIGAR
                                              United States District Judge