**JOSEPH G. CAVALLO, SBN#108210**
**LAW OFFICES OF JOSEPH G. CAVALLO**
17897 MacArthur Blvd., Suite 200
Irvine, California 92614-6504
Telephone: (949) 477-4004
Facsimile: (949) 477-4994
E-mail: JGCLAW7@AOL.COM.

Attorney for Defendant
CLAUDE KRAMER III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CLAUDE KRAMER III,<br><br>  Defendant. | ) CASE NO.: 4:15-CR-00168-JST<br>)<br>) STIPULATION AND [PROPOSED] ORDER TO<br>) CONTINUE DATE TO SURRENDER FOR<br>) SERVICE OF SENTENCE<br>)<br>)<br>)<br>) Hon. Jon S. Tigar<br>)<br>) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Waldinger, Assistant United States Attorney, together with counsel for defendant, Claude Kramer III, that the previously set surrender date of June 9, 2017, be continued to January 5, 2018, contingent upon Mr. Kramer being transferred to an "unrepresented position" at his place of employment. In the event that Mr. Kramer is not transferred to an "unrepresented position" he is to surrender to start his prison term no later than June 30, 2017.

Mr. Kramer is currently employed in a vital accounting position by the Alameda-Contra Costa Transit District ("AC Transit"). Mr. Kramer's current position at AC Transit is a position through the American Federation of State, County & Municipal Employees Union, which does not allow its members to retire before the age of 55 (Mr. Kramer is currently 53 years old). However, AC Transit is attempting to transfer Mr. Kramer to an unrepresented position within the company, which would allow

Mr. Kramer to retire immediately upon completing 6-months in that position.  In doing so, Mr. Kramer could return to work upon completion of his prison sentence, thus, allowing Mr. Kramer to work towards making his victims whole by way of restitution.  Moreover, this position would also allow Mr. Kramer to maintain his medical coverage for life.

IT IS SO STIPULATED

Dated: May 31, 2017

_____
JOSEPH G. CAVALLO
ATTORNEY FOR DEFENDANT
CLAUDE KRAMER III

Dated: May 31, 2017

_____
KYLE WALDINGER
ASSISTANT U.S. ATTORNEY

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the June 9, 2017 surrender date be continued to January 5, 2018, contingent upon Mr. Kramer being transferred to an unrepresented position at the Alameda-Contra Costa Transit District.

Should Mr. Kramer not be transferred to an unrepresented position, he is ordered to surrender to start his prison term no later than June 30, 2017

Dated: June 6, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE